**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | § | Case No. 4:11-bk-00810-JMM |
| | § | |
| KIRK LOWRY | § | |
| REBEKAH LOWRY | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Trudy A. Nowak, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $918,320.27 | Assets Exempt: | $72,400.00 |
| Total Distributions to Claimants: | $8,184.18 | Claims Discharged Without Payment: | $57,410.83 |
| Total Expenses of Administration: | $1,785.82 | | |

3) Total gross receipts of $9,970.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $9,970.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,384,631.24 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,785.82 | $1,785.82 | $1,785.82 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $63,584.41 | $65,145.01 | $65,145.01 | $8,184.18 |
| **Total Disbursements** | $1,448,215.65 | $66,930.83 | $66,930.83 | $9,970.00 |

4). This case was originally filed under chapter 7 on 01/12/2011. The case was pending for 10 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2011     By: /s/ Trudy A. Nowak
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 tax refund | 1224-000 | $9,970.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,970.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loans Servicing | 4110-000 | $503,542.34 | NA | $0.00 | $0.00 |
| | Bank of America | 4110-000 | $41,001.73 | NA | $0.00 | $0.00 |
| | Chrysler Financial | 4210-000 | $12,500.00 | NA | $0.00 | $0.00 |
| | Citi Mortgage | 4110-000 | $626,000.00 | NA | $0.00 | $0.00 |
| | National City | 4110-000 | $46,587.17 | NA | $0.00 | $0.00 |
| | Verrado Lot - Vacant Land in Buckeye, | 4110-000 | $155,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,384,631.24** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trudy A. Nowak, Trustee | 2100-000 | NA | $1,747.00 | $1,747.00 | $1,747.00 |
| Trudy A. Nowak, Trustee | 2200-000 | NA | $38.82 | $38.82 | $38.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,785.82** | **$1,785.82** | **$1,785.82** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | NA | $1,436.37 | $1,436.37 | $180.45 |
| 2 | Discover Bank | 7100-000 | $4,230.71 | $4,230.71 | $4,230.71 | $531.50 |
| 3 | Sallie Mae | 7100-000 | $12,500.00 | $13,079.23 | $13,079.23 | $1,643.15 |
| 4 | City of Scottsdale | 7100-000 | $347.29 | $342.29 | $342.29 | $43.00 |
| 5 | FIA Card Services, NA/Bank of America | 7100-000 | $46,056.41 | $46,056.41 | $46,056.41 | $5,786.08 |
|  | La Buena Vida Estates | 7100-000 | $450.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $63,584.41 | $65,145.01 | $65,145.01 | $8,184.18 |

| Case No.: | 11-00810-JMM | | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|---|
| Case Name: | LOWRY, KIRK AND LOWRY, REBEKAH | | | Date Filed (f) or Converted (c): | 01/12/2011 (f) |
| For the Period Ending: | 11/9/2011 | | | §341(a) Meeting Date: | 03/08/2011 |
| | | | | Claims Bar Date: | 07/27/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 2079 W. Toboggan Court Flagstaff, AZ 86001 Foreclosed November 2010. | $400,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Single Family Home 6102 E. Sonoran Trail Scottsdale, AZ 85262 Short Sale closed December 2010. | $400,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Verrado Lot - Vacant land at 21714 W. Calderwood Way Buckeye, AZ 85396-3615 | $45,000.00 | $0.00 | DA | $0.00 | FA |
| 4 | On person - Each has Less than | $20.00 | $20.00 | DA | $0.00 | FA |
| 5 | Checking Acct. Pima Federal Credit Union Less than | $300.00 | $0.00 | DA | $0.00 | FA |
| 6 | Metro Water | $100.00 | $100.00 | DA | $0.00 | FA |
| 7 | Tucson Electric | $260.00 | $260.00 | DA | $0.00 | FA |
| 8 | Southwest Gas | $80.00 | $80.00 | DA | $0.00 | FA |
| 9 | Debtors own normal and customary household goods and furnishings. No one item exceeds $300.00. Current value is less than | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 10 | Debtors own many books and less than 50 CDs | $100.00 | $100.00 | DA | $0.00 | FA |
| 11 | Debtors do not own any antiques, works of art, or collectibles | $0.00 | $0.00 | DA | $0.00 | FA |
| 12 | Debtors own normal and customary clothes. Estimated value less than | $500.00 | $0.00 | DA | $0.00 | FA |
| 13 | Debtors own no furs. Debtor Wife owns a wedding ring, estimated value less than | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 14 | Debtor owns one 30-60 and one 22 rifle. Make and year unknown. Value is less than | $100.00 | $0.00 | DA | $0.00 | FA |
| 15 | Two cameras | $100.00 | $0.00 | DA | $0.00 | FA |
| 16 | Sewing Machine | $20.00 | $0.00 | DA | $0.00 | FA |
| 17 | One Bicycle | $30.00 | $0.00 | DA | $0.00 | FA |
| 18 | Farmers Life Insurance Insured Debtor Wife and Beneficiary Debtor Husband - owned more than two years. | $3,099.05 | $0.00 | DA | $0.00 | FA |

| Case No.: | 11-00810-JMM | | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|---|
| Case Name: | LOWRY, KIRK AND LOWRY, REBEKAH | | | Date Filed (f) or Converted (c): | 01/12/2011 (f) |
| For the Period Ending: | 11/9/2011 | | | §341(a) Meeting Date: | 03/08/2011 |
| | | | | Claims Bar Date: | 07/27/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. IRA Acct. No. 477-96949-1-0 Edward Jones 201 Progress Parkway Maryland Heights, MO 63043-3042 | $40,971.50 | $40,971.50 | DA | $0.00 | FA |
| 20. IRA Acct. No. 477-96934-1-7 Edward Jones 201 Progress Parkway Maryland Heights, MO 63043-3042 | $1,296.86 | $1,296.86 | DA | $0.00 | FA |
| 21. IRA Acct. No. 477-13144-1-8 Edward Jones 201 Progress Parkway Maryland Heights, MO 63043-3042 | $592.86 | $592.86 | DA | $0.00 | FA |
| 22. 2003 Ford F-150 | $7,000.00 | $0.00 | DA | $0.00 | FA |
| 23. 2007 Jeep Wrangler | $16,000.00 | $0.00 | DA | $0.00 | FA |
| 24. Old upright Kimball Spinet Piano. Value from Ebay and similar internet sites. | $250.00 | $250.00 | DA | $0.00 | FA |
| 26. 2010 tax refund (u) | $0.00 | $9,970.00 | | $9,970.00 | FA |

TOTALS (Excluding unknown value)    $918,320.27    $53,641.22    $9,970.00

Gross Value of Remaining Assets    $0.00

**Major Activities affecting case closing:**

2010 Tax Return received pending tax refund
Discover stmt's - received abandon no preference new money

Initial Projected Date Of Final Report (TFR): 08/15/2012    Current Projected Date Of Final Report (TFR): 08/15/2012

/s/ TRUDY A. NOWAK
TRUDY A. NOWAK

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-00810-JMM |
|---|---|
| Case Name: | LOWRY, KIRK AND LOWRY, REBEKAH |
| Primary Taxpayer ID #: | ******4641 |
| Co-Debtor Taxpayer ID #: | ******4642 |
| 1st Period Beginning: | 1/12/2011 |
| 1st Period Ending: | 11/9/2011 |

| Trustee Name: | Trudy A. Nowak |
|---|---|
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******0810 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $80,699,577.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $9,970.00 | | $9,970.00 |
| 10/19/2011 | 5001 | Trudy A. Nowak | Trustee Expenses | 2200-000 | | $38.82 | $9,931.18 |
| 10/19/2011 | 5001 | VOID: Trudy A. Nowak | | 2200-003 | | ($38.82) | $9,970.00 |
| 10/19/2011 | 5002 | Trudy A. Nowak | Trustee Compensation | 2100-000 | | $1,747.00 | $8,223.00 |
| 10/19/2011 | 5002 | VOID: Trudy A. Nowak | | 2100-003 | | ($1,747.00) | $9,970.00 |
| 10/19/2011 | 5003 | Discover Bank | Claim #: 1; Account Number: 1374; | 7100-000 | | $180.45 | $9,789.55 |
| 10/19/2011 | 5003 | VOID: Discover Bank | | 7100-003 | | ($180.45) | $9,970.00 |
| 10/19/2011 | 5004 | Discover Bank | Claim #: 2; Account Number: 8212; | 7100-000 | | $531.50 | $9,438.50 |
| 10/19/2011 | 5004 | VOID: Discover Bank | | 7100-003 | | ($531.50) | $9,970.00 |
| 10/19/2011 | 5005 | Sallie Mae | Claim #: 3; Account Number: 0069; | 7100-000 | | $1,643.15 | $8,326.85 |
| 10/19/2011 | 5005 | VOID: Sallie Mae | | 7100-003 | | ($1,643.15) | $9,970.00 |
| 10/19/2011 | 5006 | City of Scottsdale | Claim #: 4; Account Number: 6908; | 7100-000 | | $43.00 | $9,927.00 |
| 10/19/2011 | 5006 | VOID: City of Scottsdale | | 7100-003 | | ($43.00) | $9,970.00 |
| 10/19/2011 | 5007 | FIA Card Services, NA/Bank of America | Claim #: 5; Account Number: 2405 or 0432; | 7100-000 | | $5,786.08 | $4,183.92 |
| 10/19/2011 | 5007 | VOID: FIA Card Services, NA/Bank of America | | 7100-003 | | ($5,786.08) | $9,970.00 |
| 10/19/2011 | 5008 | Trudy A. Nowak | Trustee Expenses | 2200-000 | | $38.82 | $9,931.18 |
| 10/19/2011 | 5009 | Trudy A. Nowak | Trustee Compensation | 2100-000 | | $1,747.00 | $8,184.18 |
| 10/19/2011 | 5010 | Discover Bank | Claim #: 1; Account Number: 1374; | 7100-000 | | $180.45 | $8,003.73 |
| 10/19/2011 | 5011 | Discover Bank | Claim #: 2; Account Number: 8212; | 7100-000 | | $531.50 | $7,472.23 |
| 10/19/2011 | 5012 | Sallie Mae | Claim #: 3; Account Number: 0069; | 7100-000 | | $1,643.15 | $5,829.08 |
| 10/19/2011 | 5013 | City of Scottsdale | Claim #: 4; Account Number: 6908; | 7100-000 | | $43.00 | $5,786.08 |
| 10/19/2011 | 5014 | FIA Card Services, NA/Bank of America | Claim #: 5; Account Number: 2405 or 0432; | 7100-000 | | $5,786.08 | $0.00 |
| | | | | **SUBTOTALS** | **$9,970.00** | **$9,970.00** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 11-00810-JMM | | Trustee Name: | Trudy A. Nowak |
| --- | --- | --- | --- | --- |
| Case Name: | LOWRY, KIRK AND LOWRY, REBEKAH | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******4641 | | Checking Acct #: | ******0810 |
| Co-Debtor Taxpayer ID #: | ******4642 | | Account Title: | DDA |
| For Period Beginning: | 1/12/2011 | | Blanket bond (per case limit): | $80,699,577.00 |
| For Period Ending: | 11/9/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $9,970.00 | $9,970.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $9,970.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $9,970.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $9,970.00 | |

**For the period of 1/12/2011 to 11/9/2011**                                                        **For the entire history of the account between 08/15/2011 to 11/9/2011**

| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| --- | --- | --- | --- |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $9,970.00 | Total Internal/Transfer Receipts: | $9,970.00 |
| | | | |
| Total Compensable Disbursements: | $9,970.00 | Total Compensable Disbursements: | $9,970.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,970.00 | Total Comp/Non Comp Disbursements: | $9,970.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-00810-JMM | | Trustee Name: | Trudy A. Nowak |
| --- | --- | --- | --- | --- |
| Case Name: | LOWRY, KIRK AND LOWRY, REBEKAH | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4641 | | Checking Acct #: | ******0810 |
| Co-Debtor Taxpayer ID #: | ******4642 | | Account Title: | |
| For Period Beginning: | 1/12/2011 | | Blanket bond (per case limit): | $80,699,577.00 |
| For Period Ending: | 11/9/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/11/2011 | (25) | United States Treasury | 2010 Federal tax refund | 1224-000 | $9,869.00 | | $9,869.00 |
| 06/21/2011 | (25) | Arizona Department of Revenue | 2010 State tax refund | 1224-000 | $101.00 | | $9,970.00 |
| 08/15/2011 | | Integrity Bank | Transfer Funds | 9999-000 | | $9,970.00 | $0.00 |
| | | | **TOTALS:** | | $9,970.00 | $9,970.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $9,970.00 | |
| | | | **Subtotal** | | $9,970.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $9,970.00 | $0.00 | |

**For the period of 1/12/2011 to 11/9/2011**

| Total Compensable Receipts: | $9,970.00 |
| --- | --- |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,970.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $0.00 |
| --- | --- |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $9,970.00 |

**For the entire history of the account between 06/01/2011 to 11/9/2011**

| Total Compensable Receipts: | $9,970.00 |
| --- | --- |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,970.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $0.00 |
| --- | --- |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $9,970.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-00810-JMM | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|
| Case Name: | LOWRY, KIRK AND LOWRY, REBEKAH | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4641 | | Checking Acct #: | ******0810 |
| Co-Debtor Taxpayer ID #: | ******4642 | | Account Title: | |
| For Period Beginning: | 1/12/2011 | | Blanket bond (per case limit): | $80,699,577.00 |
| For Period Ending: | 11/9/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | $9,970.00 | $9,970.00 | $0.00 |

**For the period of 1/12/2011 to 11/9/2011**　　　　　　　　　　　**For the entire history of the case between 01/12/2011 to 11/9/2011**

| Total Compensable Receipts: | $9,970.00 | Total Compensable Receipts: | $9,970.00 |
|---|---|---|---|
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,970.00 | Total Comp/Non Comp Receipts: | $9,970.00 |
| Total Internal/Transfer Receipts: | $9,970.00 | Total Internal/Transfer Receipts: | $9,970.00 |
| Total Compensable Disbursements: | $9,970.00 | Total Compensable Disbursements: | $9,970.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,970.00 | Total Comp/Non Comp Disbursements: | $9,970.00 |
| Total Internal/Transfer Disbursements: | $9,970.00 | Total Internal/Transfer Disbursements: | $9,970.00 |